**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:98-CR-00298-GCM**

| | |
|---|---|
| **UNITED STATES,** | |
| **Plaintiff,** | |
| **v.** | **ORDER** |
| **CORON RASHAD MCCAIN,** | |
| **Defendant.** | |

**THIS MATTER** comes before the Court *sua sponte* pursuant to defense counsel's representation that Defendant is undergoing a quarantine, the beginning date of which and duration of which is currently unknown. For these reasons, the Court has deemed it unreasonable to leave this matter calendared for December 16, 2020, at 2:15 PM.

**IT IS THEREFORE ORDERED** that the hearing is continued to January 8, 2020 at 10:30 AM.

**SO ORDERED.**

Signed: December 2, 2020

Graham C. Mullen
United States District Judge