# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:98-CR-00298-GCM

| | |
|---|---|
| UNITED STATES, <br><br> Plaintiff, <br><br> v. <br><br> CORON RASHAD MCCAIN, <br><br> Defendant. | **ORDER** |

**THIS MATTER** comes before the Court *sua sponte*. The Court has been advised that Defendant McCain is undergoing a quarantine, the duration of which is currently unknown, and is unable to appear for the Final Hearing Regarding Revocation of Supervised Release, which is currently set for January 8, 2021 at 10:45 AM. Therefore, the Court deems it necessary to continue the hearing.

**IT IS HEREBY ORDERED** that the Final Hearing Regarding Revocation of Supervised Release is continued to a date to be determined.

**IT IS FURTHER ORDERED** that counsel for Defendant McCain shall advise the Court when Defendant McCain is available to appear for this hearing, at which time the Court will reschedule the matter.

**SO ORDERED**.

Signed: January 7, 2021

Graham C. Mullen
United States District Judge